No. 75–5903.  HILLIARD *v.* ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 75–5910.  MALONE *v.* KENTUCKY.  Ct. App. Ky. Certiorari denied.

No. 75–5911.  HOHENSEE ET AL. *v.* FENNELL.  C. A. 5th Cir.  Certiorari denied.

No. 75–5913.  GIBBS *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 75–5914.  MINTZER *v.* NEW YORK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 75–5918.  WEHRINGER *v.* ALLEN-STEVENSON SCHOOL ET AL.  Ct. App. N. Y.  Certiorari denied.

No. 75–5919.  SCOTT *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 75–5920.  BLACK *v.* KENTUCKY.  Ct. App. Ky. Certiorari denied.

No. 75–5921.  CHAMBRY *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 75–5923.  THOMAS *v.* SAVAGE, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 75–5933.  LARA *v.* ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 75–5953.  WAGNER *v.* JUVENILE DEPARTMENT OF MULTNOMAH COUNTY.  Ct. App. Ore.  Certiorari denied.